UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BARBARA ROSENBLOOM, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 4:19-CV-02359 (SNLJ) ) ) |
| VIVINT, INC., | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Barbara Rosenbloom hereby dismisses her claims in the above-referenced action against Defendant Vivint, Inc. with prejudice.

| | |
|---|---|
| */s/* Christopher E. Roberts | */s/* Matthew D. Knepper |
| Christopher E Roberts, #61895 | Matthew D. Knepper, #61731MO |
| David T. Butsch, #37539 | Sarah Zimmerman, #69440MO |
| Butsch Roberts & Associates LLC | Husch Blackwell LLP |
| 231 S. Bemiston Ave., Suite 260 | 190 Carondelet Plaza, Suite 600 |
| Clayton, MO 63105 | St. Louis, MO 63105 |
| Telephone:  (314) 863-5700 | Telephone:  (314) 480-1500 |
| Facsimile:  (314) 863-5711 | Facsimile:  (314) 480-1505 |
| dbutsch@butschroberts.com | matt.knepper@huschblackwell.com |
| croberts@ butschroberts.com | sarah.zimmerman@huschblackwell.com |
| *Attorney for Plaintiff* | *Counsel for Vivint, Inc.* |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 16, 2020, a copy of the foregoing has been served upon all counsel of record through the Court's electronic filing system.

/s/ Christopher E. Roberts