UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BARBARA ROSENBLOOM, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:19-CV-02359 (SNLJ) |
| vs. | ) ) ) | |
| VIVINT, INC., | ) ) | |
| Defendant. | ) ) | |

### STIPULATION OF DISMISSAL

Pursuant to _Fed. R. Civ. P. 41(a)(1)(A)(ii)_ of the Federal Rules of Civil Procedure, Plaintiff

Barbara Rosenbloom hereby dismisses her claims in the above-referenced action against

Defendant Vivint, Inc. with prejudice.

_/s/_ Christopher E. Roberts
Christopher E Roberts, #61895
David T. Butsch, #37539
Butsch Roberts & Associates LLC
231 S. Bemiston Ave., Suite 260
Clayton, MO 63105
Telephone:  (314) 863-5700
Facsimile:  (314) 863-5711
dbutsch@butschroberts.com
croberts@ butschroberts.com

_Attorney for Plaintiff_

_/s/_ Matthew D. Knepper
Matthew D. Knepper, #61731MO
Sarah Zimmerman, #69440MO
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
Telephone:  (314) 480-1500
Facsimile:  (314) 480-1505
matt.knepper@huschblackwell.com
sarah.zimmerman@huschblackwell.com

_Counsel for Vivint, Inc._

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 16, 2020, a copy of the foregoing has been
served upon all counsel of record through the Court's electronic filing system.

SO ORDERED this 20th day of  April, 2020

_/s/ Christopher E. Roberts_

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE